DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERMAN DEMETRIUS YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0821

[January 29, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-2024-CF-000105A.

Daniel Eisinger, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirm and remand for ministerial correction to the scoresheet.*

MAY, GERBER and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***